Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __FLORIDA__
__OCALA__ Division

| | |
|---|---|
| KAREEM Milhouse <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> United States of America <br> O. HAUGHTON, JONES, SALEM <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. __5:22-CV-61 BJD PRL__ <br> _(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Continued from page 1

KINKAID, ~~BROWN~~ PAGANO, John DOES 1-10, Federal Bureau of PRISONS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** Kareem Milhouse [scribbled out text]
- **All other names by which you have been known:**
- **ID Number:** 59904066
- **Current Institution:** USP-1
- **Address:** P.O. Box 1033
  - City: Coleman
  - State: FL
  - Zip Code: 33521

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** United States of America
- **Job or Title (if known):**
- **Shield Number:**
- **Employer:**
- **Address:**
  - City / State / Zip Code:
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- **Name:** O. Haughton
- **Job or Title (if known):** Counselor
- **Shield Number:** Do Not Know
- **Employer:** United States
- **Address:** USP-1, P.O. Box 1033
  - City: Coleman
  - State: FL
  - Zip Code: 33521
- [x] Individual capacity  [x] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: JONES
- Job or Title (if known): CAPTAIN
- Shield Number: Do Not Know
- Employer: United States
- Address: USP-1, P.O. Box 1033
  - City: Coleman
  - State: FL
  - Zip Code: 33521
- ☒ Individual capacity  ☐ Official capacity

Defendant No. 4
- Name: SALEM
- Job or Title (if known): Associate Warden
- Shield Number: Do not know
- Employer: United States
- Address: USP-1, P.O. Box 1033
  - City: Coleman
  - State: FL
  - Zip Code: 33521
- ☒ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim) / FTCA

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

U.S. Constitutional Amendment 1, 5, 8

Continued from page 3

KINKAID
  SIS
Do not know
  United States
  USP-1
  P.O. Box 1033
  Coleman, FL 33521

Sued in individual and official capacity

PAGANO
  SIS LT
Do not know
United States
USP-1
  P.O. Box 1033
Coleman, FL 33521

Sued in individual and official capacity


John Does 1-10

Unidentified Investigators and medical staff Reserve the Right to Amend once Limited Discovery is Granted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*the Claims occurred at their Place of Business*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*USP-Coleman 1. F/Unit*
*Dec. 3, 2019, January 7, 2020, Feb. 12, 2020*

C. What date and approximate time did the events giving rise to your claim(s) occur?

Dec. 3, 2019 Early morning, Jan. 7, 2020 morning, Feb. 12, 2020 morning.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was sexually assaulted by a inmate orally and anally.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Bleed Anally.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive Damages 16,000,000
Compensatory Damages 16,000,000
Injunctive Relief.

CONTINUED FROM PAGE 5

DEFENDANT O. HAUGHTON WAS NEGLIGENT AND ~~DELI~~ DELIBERATELY INDIFFERENT TO PLAINTIFF SECURITY WHEN HE FAILED TO REPORT AND/OR INVESTIGATE PLAINTIFF'S SEXUAL ASSAULT CLAIMS.

DEFENDANT JONES FAILED INVESTIGATE PLAINTIFF'S ASSAULT CLAIMS.

DEFENDANT SALEM FAILED TO INVESTIGATE PLAINTIFF'S SEXUAL ASSAULT CLAIMS.

DEFENDANT KINKAID FAILED TO INVESTIGATE PLAINTIFF'S SEXUAL ASSAULT CLAIMS.

DEFENDANT PAGANO INITIALLY FAILED TO INVESTIGATE PLAINTIFF'S ASSAULT CLAIMS INSTEAD THE ADMINISTRATIVE TORT.

JOHN DOES 1-10 FAILED TO INVESTIGATE PLAINTIFF'S SEXUAL ASSAULT CLAIMS

~~DMOA~~
DEFENDANT UNITED STATES
THESE DEFENDANTS WAS NEGLIGENT AND DELIBERATELY INDIFFERENT TO PLAINTIFF'S SAFTEY, EACH DEFENDANT FAILED TO PROTECT PLAINTIFF, THIS DEFENDANTS

WAS IN ADDITION NEGLIGENT, EACH DEFENDANT KNEW PLAINTIFF WAS AN AT RISK INDIVIDUAL EACH DEFENDANT WAS NOTIFIED THAT PLAINTIFF WAS AN AT RISK INDIVIDUAL AND KNEW THERE WAS NOT ONLY A POTENTIAL RISK OF FUTURE HARM but THAT IT WAS IMMINENT.

THE BUREAU OF PRISONS OPERATE A BUSINESS AT THE LOCATION THE INCIDENT TOOK PLACE.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). FEDERAL CORRECTIONAL COMPLEX
USP-1
P.O. Box 1033
Coleman, FL 33521

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   With Counselor

2. What did you claim in your grievance?

   Sexually Assaulted

3. What was the result, if any?

   No Response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Plaintiff never go further then Informal Process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

There WAS No Responses to follow-up Grievance

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

2014, Reversal in 2017 3d Cir.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
    _____

3. Docket or index number
    _____

4. Name of Judge assigned to your case
    _____

5. Approximate date of filing lawsuit
    _____

6. Is the case still pending?
    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Kareem milhouse
   Defendant(s) Prison Employees

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Middle District Pennsylvania
   Eastern District of Pennsylvania
   Northern District of West Virginia

3. Docket or index number
   15-CV-1400, Can't remember others

4. Name of Judge assigned to your case
   Yvette Kane

5. Approximate date of filing lawsuit
   2015

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 1, 2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Kareem Millhouse
Prison Identification #: 59904066
Prison Address: USP-1, P.O. Box 1033, Coleman, FL 33521

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Haneem milhouse, 59901014
Federal Correctional Complex
(USP-1) P.O. Box 1033
Coleman, FL 33521

Special Legal
Mail.

SCREENED
By USMS

CLERK OF COURT
UNITED STATES DISTRICT COURT
MEMORIAL FEDERAL BUILDING AND —
U.S. COURTHOUSE
207 N.W. SECOND STREET, Room 337
OCALA, FL 34475-6666

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL
MAILING. THE LETTER HAS BEEN
NEITHER OPENED OR INSPECTED.
IF THE WRITER RAISES A QUESTION
OR A PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MAIL
FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE
FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE
ADDRESSEE.

RECEIVED
FEB DATE
FEB 02 2022
MAIL ROOM STAFF